# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **THIRSTY MULE WINERY, LLC,** *Plaintiff,* | § § § § § § § § | 6-19-CV-00041-ADA |
| -vs- | | |
| **WILD WILD WEST, LLC,** *Defendant.* | | |

## ORDER GRANTING VOLUNTARY STIPULATION OF DISMISSAL

Upon consideration of Plaintiff Thirsty Mule Winery, LLC, and Defendant Wild Wild West, LLC's Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court, after due deliberation and good cause appearing therefore, is of the opinion that the Motion should be **GRANTED**.

Accordingly, **IT IS ORDERED** that the Motion is **GRANTED**, and that all claims and causes of action filed by Plaintiff against Defendants in the above-captioned action are **DISMISSED WITH PREJUDICE** and the case is **CLOSED**.

**SIGNED** this 30th day of September 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE